# United States District Court
## Southern District of Georgia

SONJA BLOODWORTH,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV315-031

CHARLES E. PARKER, ELAINE BAILEY, SUSAN COLEY, and GLENN PITTMAN,

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on February 22, 2016, the Defendants' motion for summary judgment is GRANTED. Judgment is hereby ENTERED in favor of the Defendants and this civil action stands CLOSED.

February 22, 2016
Date



Scott L. Poff
Clerk

(By) Deputy Clerk